**Dismiss and Opinion Filed July 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00339-CV

## IN RE RAMON C. HILL, SOVEREIGN ELECTRONICS, INC., AND SOVEREIGN SECURITY SYSTEMS, INC., Relators

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01308-2008**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice FitzGerald

Relators filed this petition for writ of mandamus alleging that the trial court abused its discretion in rendering its June 16, 2013 order granting the motion for spoliation sanctions filed by real parties in interest. Relators have now filed an unopposed motion to withdraw or dismiss their petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

140339F.P05